UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

ANTHONY ENGLAND,
ANDREW ANTOLINI III,
and SEAN MORRIS

    Plaintiffs,

v.

PREFERRED CABLING SOLUTIONS, LLC,

    Defendant.

---

## COMPLAINT

---

Plaintiffs ANTHONY ENGLAND, ANDREW ANTOLINI III, and SEAN MORRIS, by their undersigned attorney, on behalf of themselves and others similarly situated, brings this action under the Fair Labor Standards Act of 1938, as amended (29 USC § 201 et seq.), hereinafter "the Act," to recover unpaid back wages, unpaid overtime compensation, an additional equal amount as liquidated damages and reasonable attorney's fees and costs.

    1.    Jurisdiction of this action is conferred by Section 16(b) of the Act (29 USC 216(b)).

## COUNT I

    2.    Defendant PREFERRED CABLING SOLUTIONS, LLC, (hereinafter "PCS"), at all times hereinafter mentioned has been Florida corporations having a place of business and doing business in Palm Beach County where they have been engaged in cable TV & internet installation.

    3.    At all times hereinafter mentioned, Defendant PCS having been engaged in related

activities performed through unified operation or common control for a common business purpose; having employees engaged in commerce or in the production of goods for commerce, or employees handling, receiving, selling or otherwise working on goods or materials that have been moved in or produced for commerce; and having annual gross volume of sales made or business done of not less than $500,000 (exclusive of excise taxes at the retail level which are separately stated), therefore constitute an enterprise engaged in commerce or in the production of goods for commerce within the meaning of Section 3(r) and (s) of the Act (29 USC § 203(r) and (s)).

4. At all times hereinafter mentioned, Defendant PCS employed employees, including Plaintiffs who were regularly engaged in handling, receiving, selling or otherwise working with machinery, materials and goods moved in or produced for commerce and other activities involving interstate commerce which includes but is not limited to the installation and removal of cable TV and internet. Such employees, therefore, have been engaged in commerce within the meaning of Section 3(b) and (j); respectively, of the Act (29 USC § 203(b) and (j)).

5. During the period from approximately January, 2013 through the present Defendant PCS employed Plaintiffs in the aforesaid enterprise for workweeks longer than 40 hours and knowingly and intentionally failed to compensate them for their employment in excess of 40 hours per week at a rate of at least one-half(½) and/or one and one-half(1½) times the regular rate at which he was employed, contrary to the requirements of Section 7 of the Act (29 USC § 207).

6. As a result of the underpayments of wages alleged above, Defendant PCS is indebted to Plaintiffs in the amount of the unpaid overtime compensation and back pay. The records of the hours worked by Plaintiffs and the compensation the received in workweeks in which excess hours were worked, are in the exclusive possession and under the sole custody and control of the

Defendants. As a result Plaintiffs cannot calculate the amount of the underpaid wages alleged above until the documents are provided by Defendant.

7.  Pursuant to Section 16(b) of the Act, Plaintiffs are entitled to the recovery of a reasonable attorney's fee.

WHEREFORE, Plaintiff demands judgment against Defendant PCS for back wages and overtime, an additional equal amount as liquidated damages, reasonable attorney's fees and costs, and a trial by jury of all issues.

Dated: August 28, 2014

> VASSALLO, BILOTTA, FRIEDMAN & DAVIS
> 1655 Palm Beach Lakes Blvd., Suite 1000
> West Palm Beach, FL 33401
> (561) 471-2800 - Telephone
> (561) 471-2818 - Facsimile
> Attorney for Plaintiff
>
> _____
> Joseph Bilotta
> Florida Bar No.: 0881414

I, ANTHONY ENGLAND, consent to being named as a plaintiff in this action.

_____
ANTHONY ENGLAND

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

ANTHONY ENGLAND,
ANDREW ANTOLINI III,
and SEAN MORRIS

　　　　Plaintiffs,

v.

PREFERRED CABLING SOLUTIONS, LLC,

　　　　Defendant.

## COMPLAINT

I, ANDREW ANTOLINI III, consent to being named as a plaintiff in this action.

*[signature]*
ANDREW ANTOLINI, III

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

ANTHONY ENGLAND,
ANDREW ANTOLINI III,
and SEAN MORRIS,

    Plaintiffs,

v.

PREFERRED CABLING SOLUTIONS, LLC,

    Defendant.

---

## COMPLAINT

---

I, SEAN MORRIS, consent to being named as a plaintiff in this action.

_____
SEAN MORRIS