UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 9:14-cv-81127-DMM
MIDDLEBROOKS/BRANNON

| | |
|---|---|
| ANTHONY ENGLAND, ANDREW ANTOLINI III, and SEAN MORRIS,<br><br>Plaintiff(s),<br><br>v.<br><br>PREFERRED CABLING SOLUTIONS, LLC,<br><br>Defendant(s).<br>_____/ | |

NOTICE OF FILING PROPOSED SUMMONS

Defendant, Preferred Cabling Solutions, LLC ("PCS"), by and through the undersigned counsel, hereby gives notice of filing a proposed summons upon Third-party Defendant, Michael Harrison.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document is being served this 6th day of November 2014 via E-Mail on all counsel of record identified on the attached Service List.

By: /s/ Craig Oberweger

Craig M. Oberweger, Esq.
Fla. Bar No. 0075076
Craig@palmlawpartners.com
Palm Law Partners, P.A.
7000 W. Palmetto Park Road
Suite 210
Boca Raton, FL 33431
Phone: 800.520.2052
Fax: 800.520.2052

Anthony England, et al. v. PCS, LLC.
Preferred Cabling Solutions, LLC's Notice of Filing Proposed Summons

# SERVICE LIST
## ANTHONY ENGLAND, ANDREW ANTOLINI III, AND SEAN MORRIS, PREFERRED CABLING SOLUTIONS, LLC, MICHAEL HARRISON

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

**Case No. 9:14-cv-81127-DMM**
Via CM/ECF

| | |
|---|---|
| Joseph Bilotta, Esq.<br>VASALLO, BILOTTA, FRIEDMAN & DAVIS<br>1655 Palm Beach Lakes Blvd., Suite 1000<br>West Palm Beach, FL 33401<br>561-471-2800- Telephone<br>561-471-2818- Facsimile<br>Attorney for Plaintiffs | Michael Harrison<br>777 S. Flagler Drive, Suite 8<br>West Tower<br>West Palm Beach, FL 33401 |

AO 441 (Rev. 07/10) Summons on Third-Party Complaint

UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| _____ANTHONY ENGLAND, et al._____ | ) | |
| *Plaintiff* | ) | Civil Action No. |
| v. | ) | |
| PREFERRED CABLING SOLUTIONS, LLC. | ) | 14-cv-81127-Middlebrooks/Brannon |
| *Defendant, Third-party plaintiff* | ) | |
| | ) | |
| v. | ) | |
| _____MICHAEL HARRISON_____ | ) | |
| *Third-party defendant* | | |

**SUMMONS ON A THIRD-PARTY COMPLAINT**

To: *(Third-party defendant's name and address)*    MICHAEL HARRISON
777 S. Flagler Drive,
Suite 8 West Tower
West Palm Beach, FL 33401

A lawsuit has been filed against defendant, Preferred Cabling Solutions, LLC., who, as third-party plaintiff, is making this claim against you to pay part or all of what the defendant may owe to the plaintiffs, Anthony England, Andrew Antolini, III, and Sean Morris.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Craig Oberweger, Esq.
Palm Law Partners, P.A.
7000 W. Palmetto Park Road, Suite 210
Boca Raton, Florida 33433
(800) 520-2052
craig@palmlawpartners.com; andrea@palmlawpartners.com

It must also be served on the plaintiffs or plaintiffs' attorney, whose name and address are:

Joseph Bilotta, Esq.
Vassallo, Bilotta, Friedman & Davis
1655 Palm Beach Lakes Boulevard, Suite 1000
West Palm Beach, Florida 33401
(561) 471-2800
joeb@vassallobilotta.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the

third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiffs' complaint is also attached. You may – but are not required to – respond to it.

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk of Deputy Clerk*