AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
## for the
Southern District of Florida

| | |
|---|---|
| <u>      ANTHONY ENGLAND, et al.     </u>    ) | |
| *Plaintiff*    ) | Civil Action No. |
| v.    ) | |
| <u>PREFERRED CABLING SOLUTIONS, LLC.</u>    ) | 14-cv-81127-Middlebrooks/Brannon |
| *Defendant, Third-party plaintiff*    ) | |
|    ) | |
| v.    ) | |
| <u>   MICHAEL HARRISON          </u>    ) | |
| *Third-party defendant* | |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*        MICHAEL HARRISON
777 S. Flagler Drive,
Suite 8 West Tower
West Palm Beach, FL 33401

     A lawsuit has been filed against defendant, <u>Preferred Cabling Solutions, LLC.</u>, who, as third-party plaintiff, is making this claim against you to pay part or all of what the defendant may owe to the plaintiffs, <u>Anthony England, Andrew Antolini, III, and Sean Morris</u>.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Craig Oberweger, Esq.
Palm Law Partners, P.A.
7000 W. Palmetto Park Road, Suite 210
Boca Raton, Florida 33433
(800) 520-2052
craig@palmlawpartners.com; andrea@palmlawpartners.com

It must also be served on the plaintiffs or plaintiffs' attorney, whose name and address are:

Joseph Bilotta, Esq.
Vassallo, Bilotta, Friedman & Davis
1655 Palm Beach Lakes Boulevard, Suite 1000
West Palm Beach, Florida 33401
(561) 471-2800
joeb@vassallobilotta.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the

third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiffs' complaint is also attached. You may – but are not required to – respond to it.

Date: **November 07, 2014**



SUMMONS

s/L. Harris
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court